# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

S.G.,
    Plaintiff,

  v.
                    C.A. No. 22-185 JJM

PROVIDENCE PUBLIC SCHOOLS,
    Defendant.

## **JUDGMENT**

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Order entered on July 12th, 2022 by this Court.

                      Enter:

                      /s/ Ryan H. Jackson

                      Deputy Clerk

Dated: July 12th, 2022